IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Massey, Jody | Case Number: 07 B 07078 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/29/08 | Filed: 4/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: June 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,503.58 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,368.39 |
| Trustee Fee: | | 135.19 |
| Other Funds: | | 0.00 |
| Totals: | 2,503.58 | 2,503.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cossidente Salus & Toolis, LTD | Administrative | 2,380.00 | 2,368.39 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 23,962.83 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 5. | Aspire Visa | Unsecured | 53.09 | 0.00 |
| 6. | Central Credit Union of Illino | Secured | | No Claim Filed |
| 7. | First Premier | Unsecured | | No Claim Filed |
| 8. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 9. | Check Rite | Unsecured | | No Claim Filed |
| 10. | Collection | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | First Premier | Unsecured | | No Claim Filed |
| 14. | Falls Collection Service | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Kasper Heaton Wright & Assoc | Unsecured | | No Claim Filed |
| 19. | MRSI | Unsecured | | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 21. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | Merchants | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Massey, Jody | Case Number:  07 B 07078 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  4/19/07 |

| | | | |
|---|---|---|---|
| 26.  NCO Financial Systems | Unsecured | | No Claim Filed |
| 27.  Professional Account Management | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 26,420.92 | $ 2,368.39 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 135.19 |
| | _____ |
| | $ 135.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____